In the Matter of CATHERINE LATTRELL, Respondent, against VILLAGE OF KEESEVILLE, Appellant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

[206 Misc. 766.]